IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELECIA RUSSELL,<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 25-CV-4947 |
| POLICE OFFICER<br>RAYMOND HALL, *et al.*,<br>    Defendants. | : | |

## ORDER

AND NOW, this 17th day of September, 2025, upon consideration of Plaintiff Elecia Russell's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
KAI N. SCOTT, J.